UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS CRESS,

       Petitioner,

v.

       File No. 5:04-CV-159

CARMEN PALMER,

       HON. ROBERT HOLMES BELL

       Respondent.
       _____/

## O R D E R

This matter is before the Court on Petitioner Thomas Cress' objections to the Magistrate Judge's Report and Recommendation. In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the October 7, 2004, Report and Recommendation of the Magistrate Judge is **ADOPTED** to the extent it addresses the merits of the petition.

**IT IS FURTHER ORDERED** that Petitioner's objections (Docket #5) are **OVERRULED**. Petitioner's request for habeas corpus relief is **DENIED**.

Dated:   May 4, 2005         /s/ Robert Holmes Bell
                                           ROBERT HOLMES BELL
                                           CHIEF UNITED STATES DISTRICT JUDGE